UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

A.B., *individually and on behalf of Y.B.*, and T.B.,
*individually and on behalf of Y.B.*,

        Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

------------------------------------- x

ORDER

20 Civ. 4213 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

  The January 27, 2021 conference is canceled in light of this Court's referral to Magistrate Judge Sarah Netburn for General Pretrial Supervision and dispositive motions.

Dated: New York, New York
   January 21, 2021

           SO ORDERED.

           *[signature]*
           GEORGE B. DANIELS
           United States District Judge